

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 20−30591
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Rex Faley Adkins
231 Freedom Mill Road
Gastonia, NC 28052
Social Security No.: xxx−xx−0832

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Redact/Restrict Public Access filed in the above referenced case on 09/15/2020 as document # 15 is defective for the reason(s) marked below:

Document is not in compliance with Local Rule 1002−2.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: September 16, 2020                                                                                  Steven T. Salata
                                                                                                                          Clerk of Court

Electronically filed and signed (9/16/20)